417 A.2d 770

Commonwealth v. Tarver, Appellant.

Submitted March 12, 1979. Bruce D. Foreman, for appellant; Marion E. MacIntyre, 2nd Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.

417 A.2d 770

Commonwealth v. Torres, Appellant.

Argued March 21, 1979. Joseph S. U. Bodoff, for appellant; Victor Fortuno, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J. concurred in the result.